IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| ROBIN McGREER<br><br>       Plaintiff<br><br>   v.<br><br>JULIE PARKER, *et al.*<br><br><br>       **Defendants.** | Case No. **1:17cv1072-AJT-MSN**<br><br>Removed from Fairfax County Circuit Court, Fairfax, Virginia,<br>CASE NO.  CL-2017-0012065 |

**PLAINTIFF'S  OPPOSITION TO DEFENDANT'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM AND FOR LACK OF JURISDICTION**

    Plaintiff, by counsel, respectfully opposes the Motion to Dismiss of the Defendant and in support thereof files his companion Memorandum of Law.

Dated: October 17, 2017           RESPECTFULLY SUBMITTED,
                                          ROBIN McGREER,   *by counsel*

                                          Jonathon Moseley, Esq.

                                          Virginia State Bar No. 41058
                                          3823 Wagon Wheel Lane
                                          Woodbridge, Virginia 22192
                                          Telephone: (703) 839-2253
                                          Fax: (703) 783-0449
                                          Email:  Contact@Jonmoseley.com
                                          *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

    I hereby certify that foregoing Opposition to Defendants' Motion to Dismiss will be delivered electronically on October 17, 2017, to counsel for Defendants through the Electronic Case Filing system.

                       **Kimberly P. Baucom, Esquire**
                       **Senior Assistant County Attorney**

Virginia State Bar No. 44419
12000 Government Center Parkway
Suite 549
Fairfax, VA 22035-0064
(703) 324-2421
(703) 324-2665 fax
kimberly.baucom@fairfaxcounty.gov
    *Counsel for Defendants Parker, Chief Roessler and FCPD*

_____
Jonathon Moseley, Esq.